**George A. COWAN, Executrix of the Estate of Glen P. Cowan, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 7178.

Circuit Court of Appeals, Sixth Circuit.

March 10, 1937.

Berry & Stevens, of Detroit, Mich., for petitioner.

Frank J. Wideman, Asst. Atty. Gen., for respondent.

Before MOORMAN, HICKS, and ALLEN, Circuit Judges.

PER CURIAM.

It appearing that there is substantial evidence to support the finding of the Board

of Tax Appeals that the transfers of the stock to Stephens and Berggren were not bona fide sales, and the decedent therefore sustained no deductible loss, it is ordered that the order of the Board of Tax Appeals be affirmed.